UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

TANEIKE Y. CAMPBELL,

**07-2119**

**CIV-GRAHAM**

Plaintiff,

v.

MAGISTRATE JUDGE
O'SULLIVAN

REVENUE SECURITY SERVICES, L. P.

Defendant.

_____/

## COMPLAINT
## JURY DEMAND

## INTRODUCTION

1.    Plaintiff, TANEIKE Y. CAMPBELL, brings this action to secure

redress against unlawful debt collection practices engaged in by Defendant,

REVENUE SECURITY SERVICES, L. P. Plaintiff alleges violation of the Fair

Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15

U.S.C. §1692k of the Fair Debt Collection Practices Act. Venue in this District is

proper because Plaintiff resides here and Defendant sent letters into this District.

## PARTIES

3.     Plaintiff, TANEIKE Y. CAMPBELL, is a natural person who resides in Miami-Dade County, Florida.

4.     Defendant, REVENUE SECURITY SERVICES, L. P., is a limited partnership with its principal place of business at Twelfth Floor, 606 North Carancahua, Corpus Christi, Texas  78476.

5.     The Defendant regularly uses the United States Mail and or instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts or regularly collects or attempts to collect debts for other parties.  It is a "debt collector" as defined in the FDCPA.

## FACTS

6.     On or about January 4, 2007, Defendant sent a letter to plaintiff via United States Mail attached as Exhibit "A" ("the January collection letter") in an effort to collect an alleged debt incurred for personal, family or household reasons, more specifically an alleged purchase of personal products from the Home Shopping Network.

7.     On or about April 4, 2007 Defendant sent Plaintiff another letter ("the April collection letter").

8.     The debt alleged in the January and April collection letters first became delinquent during the year of 2006.

2

## COUNT I
## VIOLATION OF 15 U.S.C §1692d and 15 U.S.C §1692f

9.    Plaintiff incorporates Paragraphs 1 through 8.

10.    Defendant violated 15 U.S.C §1692d and 15 U.S.C §1692f by stating in its January collection letter "Therefore should it be your intention to honorably settle this amount, contact this office…" Implying that the Plaintiff was dishonorable if she failed or refused to pay the alleged debt.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Statutory damages up to $1,000.00.

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF 15 U.S.C §1692e REGARDING FALSE THREAT OF LEGAL ACTION

11.    Plaintiff incorporates Paragraphs 1 through 8.

12.    The February collection letter states in large type that it is a "NOTICE OF INTENT TO PROCEED HSN CREDIT CARD CONTRACT VIOLATION".

13.    Defendant misleadingly represented in its January collection and April collection letters that it intended to recommend that the Home Shopping Network take legal action against Plaintiff regarding a debt in the approximate amount of

3

$46.00 when it knew that the Home Shopping Network would not take legal action for a debt of $46.00.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Statutory damages up to $1,000.00.

      b.    Attorney's fees, litigation expenses and costs of suit;

      c.    Such other or further relief as the Court deems proper.

### COUNT III
### VIOLATION OF 15 U.S.C §1692e REGARDING FALSE STATEMENT

14.    Plaintiff incorporates Paragraphs 1 through 8.

15.    The February collection letter states in large type that it is a "NOTICE OF INTENT TO PROCEED HSN CREDIT CARD CONTRACT VIOLATION".

16.    Defendant falsely, misleadingly and deceptively represented in its January collection letter that Plaintiff was a party to a credit card contract with the Home Shopping Network and that Plaintiff had violated that contract.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Statutory damages up to $1,000.00.

      b.    Attorney's fees, litigation expenses and costs of suit;

      c.    Such other or further relief as the Court deems proper.

4

## COUNT IV
## VIOLATION OF 15 U.S.C §1692e REGARDING FALSE THREAT OF CREDIT REPORTING

17.     Plaintiff incorporates Paragraphs 1 through 8.

18.     Defendant stated in its April collection letter that the alleged debt could remain on the Plaintiff's credit report for 7 years when it could not. The alleged debt could remain on the Plaintiff's credit report for 7 years from the date of the alleged delinquency, not 7 years from the time Defendant sent its April collection letter.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Statutory damages up to $1,000.00.

    b.     Attorney's fees, litigation expenses and costs of suit;

    c.     Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

Dated this _____ day of May, 2007.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com

By: _____

    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

# EXHIBIT "A"

# NOTICE OF INTENT TO PROCEED

## HSN CREDIT CARD CONTRACT VIOLATION

January 4, 2007

TAMIK CAMPBELL PAYMENT IS HEREBY DEMANDED FOR $46.36 THE FULL AMOUNT DUE AS OF JANUARY 4, 2007 PURSUANT TO YOUR CREDIT CARD PAYMENT CONTRACT WITH THE **HOME SHOPPING NETWORK (HSN)**. YOU ARE ALSO ON NOTICE THAT THIS OFFICE HAS BEEN ASSIGNED YOUR CHARGED BACK AMOUNT FOR COLLECTION AND WE HAVE BEEN INSTRUCTED TO TAKE ALL NECESSARY ACTION IN A LAWFUL MANNER TO RECOVER THE FULL AMOUNT OF THIS DEBT. REGARDING THESE CREDIT CARD PAYMENT VIOLATIONS AND YOUR HSN AGREEMENT, BE ADVISED:

**CAUSE ONE (1):** HSN AFFIRMS THAT YOU HAVE OBTAINED MERCHANDISE BY PROVIDING THEM AN INVALID CREDIT CARD. YOUR CREDIT CARD ISSUER HAS REFUSED PAYMENT AND PROPER WRITTEN NOTIFICATION WAS PREVIOUSLY PROVIDED TO YOU BUT YOU HAVE NOT ESPONDED NOR PROVIDED AN ALTERNATE CARD FOR PAYMENT.

**CAUSE TWO (2):** HSN DEMANDS IMMEDIATE PAYMENT AND RESERVES THE RIGHT TO TAKE ALL NECESSARY LEGAL ACTION INCLUDING THE FILING OF A CIVIL ACTIONIN SMALL CLAIMS COURT TO RECOVER THE TOTAL AMOUNT. SUCH ACTION MAY, AT THE DISCRETION OF THE COURT, RESULT IN AWARDING HSN A JUDGEMENT FOR THE TOTAL AMOUNT DUE PLUS COSTS SHOULD ACTION PREVAIL.

YOUR BALANCE OF $46.36 HAS BEEN TARGETED FOR COLLECTION WITHOUT DELAY. THEREFORE SHOULD IT BE YOUR INTENTION TO HONORABLY SETTLE THIS AMOUNT, CONTACT THIS OFFICE AT 1-877-882-5153 TO CLEAR THIS MATTER FROM YOUR CREDIT HISTORY.

### WE REPORT TO ALL MAJOR CREDIT REPORTING SERVICES

**WARNING: NO OTHER NOTICE IS REQUIRED BY THIS OFFICE OR HSN UNDER THE TERMS AND CONDITIONS OF YOUR AGREEMENT WITH HSN. FAILURE TO MAKE IMMEDIATE PAYMENT MAY RESULT IN ADDITIONAL COSTS AND INCONVENIENCE TO YOU.**

THIS WAS SENT TO YOU FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ALL INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

COUNTY CODE:   I61717
BALANCE DUE AS OF 1/4/2007:  $46.36

REVENUE SECURITY SERVICES
NATIONAL NOTIFICATION SECTION
AGENTS ON DUTY   1-877-882-5153
FAX LINE          1-210-641-1894

NEXCMED01HSN2

***DETACH LOWER PORTION AND RETURN WITH PAYMENT***

---

PO BOX 782408
SAN ANTONIO TX  78278-2408

ADDRESS SERVICE REQUESTED

| IF PAYING BY CREDIT CARD, COMPLETE ALL, SIGN AND RETURN. | |
|---|---|
| ☐ ☐ ☐ ☐   CHECK CARD USING FOR PAYMENT | |
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (ON BACK OF CARD) | EXP. DATE / |
| CARDHOLDER SIGNATURE | AMOUNT $ |

JANUARY 4, 2007

#BWNHRMD    1092090   76960
#0104 1539 0076 9607#   HSN2  I61717

TAMIK CAMPBELL
3940 NW 169TH TER
MIAMI GARDENS FL 33055-4525

SEND CORRESPONDENCE AND PAYMENTS TO THIS ADDRESS:
REVENUE SECURITY SERVICES
NATIONAL NOTIFICATION SECTION
PO BOX 782408
SAN ANTONIO TX  78278-2408

COUNTY CODE:        I61717
BALANCE DUE AS OF 1/4/2007:  $46.36

# EXHIBIT "B"

# REVENUE SECURITY SERVICES

PO Box 782408 • San Antonio, TX 78278
Toll Free 877-882-5153

April 4, 2007

# CREDIT REPORTING ALERT

Creditor:     Home Shopping Network
County Code:  I61717 .
Balance Due As Of 4/4/2007:  $46.36

Attention Tamik Campbell:

Unless prompt payment is received we have no alternative but to:

- Release your negative credit information to the National Credit Bureaus which could impact your credit for seven (7) years.
- Recommend that the creditor take action in your local "Small Claims Court" as their final collection effort.

Protect yourself from further expense and aggrevation due to this debt.  Clear your name by forwarding the seriously past due amount now or call for payment arrangements.

     Agents on Duty:
       Toll Free:  877-882-5153
            Fax:  866-808-6124

This has been sent from a debt collector and is an attempt to collect a debt.  All information obtained may be used for that purpose.

Check Plus Systems, Inc. License #CCA0400221.

***Detach lower portion and return with payment***                    57EXCMED01ACCT3

---

PO Box 782408
San Antonio TX 78278-2408

ADDRESS SERVICE REQUESTED

| IF PAYING BY CREDIT CARD, COMPLETE ALL, SIGN AND RETURN. |
|---|
| ☐ ☐ ☐ ☐   CHECK CARD USING FOR PAYMENT |

| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (ON BACK OF CARD) | EXP. DATE / |
|---|---|
| CARDHOLDER SIGNATURE | AMOUNT $ |

April 4, 2007

#BWNHRMD   937297   6367
#0404 0721 0006 3677#   46.36-ACCT3

Tamik Campbell
3940 NW 169th Ter
Miami Gardens FL 33055-4525

Send Correspondence and Payments to this Address:
Check Plus Systems
PO Box 782408
San Antonio TX 78278-2408

Creditor:.     Home Shopping Network
County Code:   I61717
Balance Due As Of 4/4/2007: $46.36

# CIVIL COVER SHEET  07-21198

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I(a) PLAINTIFFS | DEFENDANTS **CIV-GRAHAM** |
|---|---|
| Taneike Y. Campbell | Revenue Security Services, L. P. |
| | **MAGISTRATE JUDGE O'SULLIVAN** |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) **DADE** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| **DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842** **FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000** | 1:07CV 21198 DLG/JSO |

(d) CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY) | III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only) | | (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT |
|---|---|---|---|
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) | | PTF DEF |
| | | Citizen of This State ☐ 1 ☐ 1 | Incorporation and Principal Place of Business in This State PTF DEF ☐ 1 ☐ 1 |
| ☐ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State ☐ 2 ☐ 2 | Incorporation and Principal Place of Business in Another State ☐ 2 ☐ 2 |
| | | Citizen or Subject of a Foreign Country ☐ 3 ☐ 3 | Foreign Nation ☐ 3 ☐ 3 |

| IV. CAUSE OF ACTION | (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.) |
|---|---|

IVa.   1-2 days estimated (for both sides) to try entire case  15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* |
| ☐ 290 All Other Real Property | | | | | |

| VI. ORIGIN | (PLACE AN X IN ONE BOX ONLY) | | | | |
|---|---|---|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2 Removed from State Court | ☐ 3. Remanded from Appellate Court | ☐ 4. Refiled ☐ 5. Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7. Appeal to District Judge from Magistrate Judgment |

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23 CLASS ACTION No | DEMAND $ N/A | Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See Instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|---|

DATE: May 6, 2007      SIGNATURE OF ATTORNEY OF RECORD

| UNITED STATES DISTRICT COURT | FOR OFFICE USE ONLY: Receipt No. 539980 | Amount: 350 |
|---|---|---|
| S/F 1-2 REV. 9/94 | | Date Paid: M/ifp: |