UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21198-CIV-GRAHAM/O'SULLIVAN

TANKEIKE Y. CAMPBELL,

    Plaintiff,

v.

REVENUE SECURITY SERVICES, L.P.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Compel Defendant's Rule 26(a) Initial Disclosures (DE # 19, 7/30/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the Plaintiff's Motion to Compel Defendant's Rule 26(a) Initial Disclosures (DE # 19, 7/30/07) is GRANTED.  The defendant shall provide the plaintiff with its Rule 26(a) Initial Disclosures within five (5) days of the date of this Order.

DONE and ORDERED, in chambers, in Miami, Florida, this 21st day of August, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All counsel of record